IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEON CROWELL | * |
| Plaintiff | * |
| v. | * CIVIL NO. JKB-18-3061 |
| WILLIAM SELANDER | * |
| Defendant | * |

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR ALTERNATIVELY FOR SUMMARY JUDGMENT (ECF No. 6). The Plaintiff has responded (ECF No. 8) and the Defendant has replied (ECF No. 9). The Court has carefully reviewed all of the submissions and their attachments.

For the reasons set out in Defendant's papers (ECF Nos. 6, 9), the MOTION (ECF No. 6) is GRANTED. Not only does the Plaintiff fail to adequately state his claims, he also fails to substantively contest the persuasive claims of immunity. Finally, taking the evidence in the record in the light most favorable to the Plaintiff, there is no genuine issue of material fact to be addressed, so summary judgment for the Defendant is appropriate. The Defendant has submitted an Affidavit which demonstrates probable cause for the relevant arrest. That evidence having been submitted, the Plaintiff fails to meet it, not offering even a scintilla of proof in support of his position.

For all of these reasons, the Defendant's MOTION (ECF No. 6) is GRANTED in all respects. The case is DISMISSED, or, alternative, summary judgment is entered in favor of the Defendant. THE CLERK SHALL CLOSE THIS CASE.

DATED this 21 day of December, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge